UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUISIANA OIL & GAS INTERESTS, LLC | : | CIVIL ACTION NO. 18-cv-266 |
| VERSUS | : | JUDGE SUMMERHAYS |
| SHELL TRADING (U.S.) CO., ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 42] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Dismiss [doc. 32] filed by defendant Gulfport Energy Corporation be **GRANTED**, the Motion to Dismiss [doc. 33] filed by defendant Shell Trading (U.S.) Company be **GRANTED**, and that all claims, be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 8th day of April, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE